IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
PLANO DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | } } } | |
| Plaintiff, | } } | |
| v. | } } } | CIVIL ACTION NO. 4:20-cv-00060-SDJ |
| TIM SHEPHERD M.D., PA d/b/a SHEPHERD HEALTHCARE & BRIDGES HEALTHCARE, P.A. | } } } } } | |
| Defendants. | } | |

## AMENDED SCHEDULING ORDER

On January 24, 2020, this case was transferred to this Court from the Northern District of Texas, Dallas Division. On February 13, 2020, this Court set a Status Conference for March 2, 2020 [Doc. 70]. The parties were asked to submit a Proposed Amended Scheduling Order in advance of that Status Conference. The most recent amendment to the original scheduling order [Doc. 15] set several new dates for the remaining deadlines in the case, which are now extended as follows:

1. This case is set for trial on October 26, 2020.

2. The parties shall file a Joint Pretrial Order and Motions in Limine by September 21, 2020.

3. By October 5, 2020, the parties shall file:

   a. Responses to Motions in Limine;

      b. Objections to witnesses, deposition designations, and exhibits listed in the pre-trial order; and,

      c. Proposed Jury Instructions and Interrogatories.

4. The Final Pretrial Conference shall be held at _____ on \_\_\_\_\_.

Dated this_____day of_____, 2020.

_____
Sean D. Jordan
United States District Judge

DAL:817037.1