## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:20-CV-060-SDJ |
| v. | § § | |
| TIM SHEPHERD, MD., P.A. d/b/a SHEPHERD HEALTHCARE & BRIDGES HEALTHCARE, P. A. | § § § § § | |
| Defendants. | | |

## NOTICE OF APPEARANCE

COMES NOW Esha Rajendran and enters her appearance in the above-captioned proceeding as counsel for the Plaintiff Equal Employment Opportunity Commission (hereafter "EEOC" or "the Commission") and does hereby request that all notices, applications, motions, complaints, orders, pleadings, and all other papers filed in this action be addressed and promptly delivered to the undersigned. I certify that I am admitted to practice in the Eastern District of Texas and am a registered CM/ECF user.

    Respectfully Submitted,

    /s/ Esha Rajendran
    ESHA RAJENDRAN
    Trial Attorney
    Texas Bar No. 24105968

                        EQUAL EMPLOYMENT OPPORTUNITY
                        COMMISSION
                        Dallas District Office
                        207 South Houston Street, 3rd Floor
                        Dallas, Texas 75202
                        Tel No. (972) 918-3626
                        Fax No. (214) 253-2749